United States District Court
Southern District of Texas
FILED

JUL 16 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ORLANDO CORREA § | |
| Plaintiff, § | |
| v. § | |
| § | |
| VICTOR RUBALCABA, in his official § | |
| Capacity as Trustee and President, § | |
| Board of Trustees, of Raymondville § | |
| Independent School District, and OSCAR § | C.A. No. B-02-093 |
| GUTIERREZ, RAY SOLIS, JOHN R. § | |
| KELLOGG, ZACARIAS "ZACK" § | |
| GONZALES, HARRY J. CAVAZOS, § | |
| And SAM LOYA, in their official § | |
| capacities as Trustees of Raymondville § | |
| Independent School District, § | |

**PLAINTIFF AND DEFENDANTS' JOINT STIPULATION OF DISMISSAL**

Plaintiff Orlando Correa and Defendants Victor Rubalcaba, in his official capacity as Trustee and President of the Raymondville Independent School District Board of Trustees, Oscar Gutierrez, Ray Solis, John R. Kellogg, Zacarias "Zack" Gonzalez, Harry J. Cavazos and Sam Loya, in their official capacities as Trustees of Raymondville Independent School District, file this their Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and in support thereof will show the Court as follows:

Joint Stipulation of Dismissal

1.   Plaintiff Orlando Correa no longer wishes to pursue his claims against defendants. Plaintiff initially filed his Original Petition for Temporary Restraining Order, Temporary and Permanent Injunction, and Declaratory Judgment against the defendants

in the 197th Judicial District Court of Willacy County, Texas on April 29, 2002. Defendants removed the case to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446(a) because plaintiff asserted claims under the First Amendment of the U.S. Constitution and 42 U.S.C. § 1983. Before receiving notice of the removal, plaintiff subsequently filed a Notice of Nonsuit of all his claims in the state district court indicating that he no longer wished to pursue his claims against defendants.

2.   Plaintiff hereby stipulates that the factual basis for his First Amendment claims no longer exists. Accordingly, plaintiff wishes to dismiss, with prejudice, any and all such claims under the First Amendment and Section 1983 arising on or before the date this dismissal is filed with the court.

3.   For these reasons, the parties request that the court grant their Joint Stipulation of Dismissal, and dismiss all of plaintiff's claims against defendants with prejudice.

## Prayer

Plaintiff Orlando Correa and Defendants Victor Rubalcaba, Oscar Gutierrez, Ray Solis, John R. Kellogg, Zacarias "Zack" Gonzalez, Harry J. Cavazos and Sam Loya respectfully request that this Court grant their Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and dismiss all of plaintiff's claims against defendants with prejudice. All parties shall bear their respective costs.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

*[signature]*

KEVIN O'HANLON
State Bar No. 15235500
LESLIE McCOLLOM
State Bar No. 13431975
O'HANLON & ASSOCIATES
808 West Avenue
Austin, Texas 78701
Telephone: 512/494-9949
Facsimile: 512/494-9919

RESENDO ALMAREZ
State Bar No. 24010645
LAW OFFICE OF EZEQUIEL REYNA, JR., L.L.P.
702 W. Expressway 83
Weslaco, Texas 78596
Telephone: 956/968-9556
Facsimile: 956/969-8012

COUNSEL FOR DEFENDANTS

RICHARD A. MORRIS
State Bar No. 14497750
RICARDO R. LOPEZ
State Bar No. 24013059
FELDMAN & ROGERS, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

COUNSEL FOR DEFENDANT
VICTOR RUBALCABA

CHARLES A. WILLETTE
State Bar No. 21509700
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956/541-1846
Facsimile: 956/541-1893

COUNSEL FOR DEFENDANTS
GUTIERREZ, SOLIS, KELLOGG,
GONZALEZ, CAVAZOS AND LOYA

3

Respectfully submitted,

COUNSEL FOR PLAINTIFF

_____
KEVIN O'HANLON
State Bar No. 15235500
LESLIE McCOLLOM
State Bar No. 13431975
O'HANLON & ASSOCIATES
808 West Avenue
Austin, Texas 78701
Telephone: 512/494-9949
Facsimile: 512/494-9919

RESENDO ALMAREZ
State Bar No. 24010645
LAW OFFICE OF EZEQUIEL REYNA, JR., L.L.P.
702 W. Expressway 83
Weslaco, Texas 78596
Telephone: 956/968-9556
Facsimile: 956/969-8012

COUNSEL FOR DEFENDANTS

_____
RICHARD A. MORRIS
State Bar No. 14497750
RICARDO R. LOPEZ
State Bar No. 24013059
FELDMAN & ROGERS, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

COUNSEL FOR DEFENDANT
VICTOR RUBALCABA

_____
CHARLES A. WILLETTE
State Bar No. 21509700
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956/541-1846
Facsimile: 956/541-1893

COUNSEL FOR DEFENDANTS
GUTIERREZ, SOLIS, KELLOGG,
GONZALEZ, CAVAZOS AND LOYA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLANDO CORREA<br>　　　　Plaintiff,<br>v.<br><br>VICTOR RUBALCABA, in his official<br>Capacity as Trustee and President,<br>Board of Trustees, of Raymondville<br>Independent School District, and OSCAR<br>GUTIERREZ, RAY SOLIS, JOHN R.<br>KELLOGG, ZACARIAS "ZACK"<br>GONZALES, HARRY J. CAVAZOS,<br>And SAM LOYA, in their official<br>capacities as Trustees of Raymondville<br>Independent School District, | § § § § § § § § § § § § § § § | C.A. No. B-02-093 |

## ORDER

Pending before the Court is plaintiff Orlando Correa and defendants Oscar Gutierrez, Ray Solis, John R. Kellogg, Zacarias "Zack" Gonzalez, Harry J. Cavazos and Sam Loya's Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). After consideration of the Motion, it is the opinion of this Court that the Motion should be granted.

It is, therefore, ordered that Plaintiff and Defendants' Joint Stipulation of Dismissal is granted, and all of plaintiff's claims against defendants are hereby dismissed with prejudice. All parties shall bear their respective costs in this matter.

Signed this ____ day of _____, 2002.

_____
JUDGE PRESIDING