IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ORLANDO CORREA § | |
| Plaintiff, § | |
| v. § | |
| § | |
| VICTOR RUBALCABA, in his official § | |
| Capacity as Trustee and President, § | |
| Board of Trustees, of Raymondville § | |
| Independent School District, and OSCAR § | C.A. No. B-02-093 |
| GUTIERREZ, RAY SOLIS, JOHN R. § | |
| KELLOGG, ZACARIAS "ZACK" § | |
| GONZALES, HARRY J. CAVAZOS, § | |
| And SAM LOYA, in their official § | |
| capacities as Trustees of Raymondville § | |
| Independent School District, § | |

## ORDER

Pending before the Court is plaintiff Orlando Correa and defendants Victor Rubalcaba, Oscar Gutierrez, Ray Solis, John R. Kellogg, Zacarias "Zack" Gonzalez, Harry J. Cavazos and Sam Loya's Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). After consideration of the Motion, it is the opinion of this Court that the Motion should be granted.

It is, therefore, ordered that Plaintiff and Defendants' Joint Stipulation of Dismissal is granted, and all of plaintiff's claims against defendants are hereby dismissed with prejudice. All parties shall bear their respective costs in this matter.

Signed this 23rd day of July, 2002.

_____
JUDGE PRESIDING